ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: allison.schmidt@akerman.com

*Attorneys for Bank of America, N.A. and Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS J. ROLLER,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; NATIONSTAR MORTGAGE, LLC; and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01758-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Thomas J. Roller, by and through his counsel, THE SCHWARTZ LAW FIRM, and defendants Bank of America, N.A. and Nationstar Mortgage LLC, by and through their counsel, AKERMAN LLP, stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that the above-entitled matter shall be dismissed with prejudice;

IT IS FURTHER STIPULATED AND AGREED that any pending motions and hearings shall be vacated;

IT IS FURTHER STIPULATED AND AGREED that each party shall bear its own attorney's fees and costs;

///

///

///

///

{28385388;1}

The parties state that there is currently no pending trial date set.

Dated this 29⁺ day of May, 2014.        Dated this 28ᵀᴴ day of May, 2014.

**AKERMAN LLP**                          **THE SCHWARTZ LAW FIRM**

/s/ _____                /s/ _____ #10667
ARIEL E. STERN, ESQ.                     SAMUEL A. SCHWARTZ, ESQ.
Nevada Bar No. 8276                      Nevada Bar No. 10985
ALLISON R. SCHMIDT, ESQ.                 6623 Las Vegas Blvd. South, Ste. 300
Nevada Bar No. 10743                     Las Vegas, NV 89119
1160 N. Town Center Drive, Suite 330
Las Vegas, Nevada 89144                  *Attorneys for Plaintiff*

*Attorneys for Defendants Bank of America, N.A.
and Nationstar Mortgage LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: May 30, 2014

{28385388;1}                    2